JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar No. 16129
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5080
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE INSTAGRAM ACCOUNT 'wslv.q,' THAT IS STORED AT PREMISES CONTROLLED BY Meta Platforms, Inc. | Case No.   2:22-mj-00978-EJY<br><br>**Government's Motion to Unseal** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to Unseal the instant case. Specifically, the undersigned requests to unseal the search warrant and all related sealed documents filed under the instant case in anticipation of producing the same as Fed. R. Crim. P. Rule 16 discovery in Case No. 2:23-mj-00012-BNW.

DATED this 9th day of February, 2023.

                    Respectfully,

                    JASON M. FRIERSON
                    United States Attorney

                    */s/ Bianca R. Pucci*
                    BIANCA R. PUCCI
                    Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE INSTAGRAM ACCOUNT 'wslv.q,'' THAT IS STORED AT PREMISES CONTROLLED BY Meta Platforms, Inc. | Case No.   2:22-mj-00978-EJY<br><br>**Order to Unseal Case** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 9th day of February, 2023.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE